IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JOSEPH D. ERKMAN,<br>    Plaintiff, | )<br>)<br>) |
| vs | )   **2:05cv358**<br>)   **Electronic Filing** |
| HARTFORD LIFE AND ACCIDENT<br>INSURANCE COMPANY,<br>    Defendant. | )<br>)<br>)<br>) |

O R D E R

AND NOW, this 24th day of August, 2005, after the plaintiff filed an action in the above-captioned case, and after a motion for summary judgment was submitted by the defendant, and after a Report and Recommendation was issued by the United States Magistrate Judge, and the parties were granted ten days after being served with a copy to file written objections thereto, and no objections having been filed, and upon independent review of the pleadings, and the Magistrate Judge's Report and Recommendation, which is adopted as the opinion of this Court,

IT IS ORDERED that the defendant's motion for summary judgment (Docket No. 12) is granted.

David Stewart Cercone
United States District Judge

cc:   All Counsel of Record

    Honorable Robert C. Mitchell
    United States Magistrate Judge